Murphy v. Nationsbank

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
The State,       
Respondent,
 
 

v.

 
 
Thom Marrett,       
Appellant.
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2003-UP-568
Submitted July 15, 2003  Filed September 30, 2003 

AFFIRMED

 
 
 
Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Charles M. Condon, Chief Deputy John W. 
 McIntosh, Assistant Deputy Attorney General Charles H. Richardson, Assistant 
 Attorney General Deborah R.J. Shupe, all of Columbia;  and  Solicitor Harold 
 W. Gowdy, III, of Spartanburg; for Respondent.
 
 
 

PER CURIAM:  Thom Marrett appeals from a circuit 
 court order directing him to pay $3000 in restitution to his former employer, 
 Sod Fathers, Inc.  Marrett contends the circuit court erred in selecting the 
 measure of damages and that the evidence supporting the order for restitution 
 was inadequate.  We affirm [1] pursuant to Rule 220, SCACR, and the following 
 authorities:  S.C. Code Ann. Section 16-3-1515(B) (2003) (granting the trial 
 judge discretion in requiring documentation of claims for restitution); S.C. 
 Code Ann. Section 17-25-322(B) (2003) (authorizing circuit courts to consider 
 several factors in determining the manner, method, or amount of restitution); 
 Harkins v. Greenville Co., 340 S.C. 606, 620, 533 S.E.2d 886, 893 (2000) 
 (requiring a trial judge to rule on issues to preserve them for appeal); Holy 
 Loch Distributors, Inc. v. Hitchcock, 340 S.C. 20, 24, 531 S.E.2d 282, 284 
 (2000) (stating that to be considered on appeal an issue must have been raised 
 to and ruled upon by the trial court); State v. Cox, 326 S.C. 440, 442, 
 484 S.E.2d 108, 109 (Ct. App. 1997) (providing that trial courts have broad 
 discretion in fixing the amount of restitution).
AFFIRMED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.